IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Transborder Marketing, Inc., a Delaware Corporation, and as Assignee of Rights of Diamond Beverage, L.L.C., an Illinois Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tadeusz Jerzy Dorda, individually, International Vodka Distillers, Ltd., a company incorporated under the laws of England and Wales,<br><br>Defendants. | Civil Action<br><br>No. 1:13-cv-01019<br><br>Judge: Jorge L. Alonso |

**MOTION FOR ENTRY OF JUDGMENT AS TO
DEFENDANT, INTERNATIONAL VODKA DISTILLERS, LTD.**

COMES NOW the Plaintiff, Transborder Marketing, Inc., a Delaware Corporation, and as Assignee of Rights of Diamond Beverage, L.L.C., an Illinois Limited Liability Corporation, by and through its attorneys, Kipnis & Kahn, Ltd., and for its Motion for Entry of Judgment against Defendant, INTERNATIONAL VODKA DISTILLERS, LTD. ("IVD"), states as follows:

1. That this matter was previously assigned to the Honorable Sharon Johnson Coleman.

2. That on August 20, 2014, Plaintiff filed its Motion for Default Judgment as to Defendant, IVD.

3. That the Motion for Default as to Defendant, IVD, was heard by the Court on September 8, 2014.

4. That on September 8, 2014, the Court granted Plaintiff's Motion and entered Default as to Defendant, IVD, and set the matter for prove-up on the next status date of October 24, 2014.

5. That on October 24, 2014, the Court heard the prove-up, requested that documents in support be submitted by November 7, 2014, and set the matter for status on December 12, 2014.

6. That on December 12, 2014, the Court heard additional evidence in support of the prove-up against Defendant, IVD, and ordered that the Prove-Up Affidavit submitted be filed.

7. That on December 15, 2014, Plaintiff filed said Prove-Up Affidavit in support of entry of Judgment as to Defendant, IVD (Document No. 51).

8. That at the status call on January 14, 2015, the Honorable Judge Coleman advised that this matter had been reassigned and that she was unable to take any further action on the case, including the entry of Judgment against Defendant, IVD.

9. That Plaintiff has presented testimony and documentary evidence to support the entry of Judgment against IVD, awarding Plaintiff all of the intellectual property as set forth on

2

Exhibit A attached to the Prove-Up Affidavit, plus the amount of $3,323,341.92 for the value of hard assets and inventory sold to IVD.

WHEREFORE, Plaintiff, Transborder Marketing, Inc., a Delaware Corporation, and as Assignee of Rights of Diamond Beverage, L.L.C., an Illinois Limited Liability Corporation, prays this Honorable Court enter Judgment against Defendant, INTERNATIONAL VODKA DISTILLERS, LTD., and in its favor awarding Plaintiff all intellectual property set forth on Exhibit A attached to the Prove-Up Affidavit and the amount of $3,323,341.92 and for any and all other relief this Court deems just and proper.

Respectfully submitted,

KIPNIS & KAHN, LTD.

By: _____
One of its attorneys

Glenn J. Kahn
**KIPNIS & KAHN, LTD.**
**Attorneys for Plaintiff**
20 North Clark Street
Suite 1650
Chicago, Illinois 60602
(312) 726-3700